Burnett v Allen (2023 NY Slip Op 04002)

Burnett v Allen

2023 NY Slip Op 04002

Decided on July 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, BANNISTER, MONTOUR, AND GREENWOOD, JJ.

313 CA 22-01602

[*1]ROBERT T. BURNETT, PLAINTIFF-RESPONDENT,
v
DESTINI ALLEN, DEFENDANT, BRIAN J. SMITH AND J & L JANITORIAL SERVICES, INC., DOING BUSINESS AS K & K JANITORIAL SERVICE, DEFENDANTS-APPELLANTS. (APPEAL NO. 2.) 

SMITH, SOVIK, KENDRICK & SUGNET, P.C., WILLIAMSVILLE (ALAN J. BEDENKO OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
ANDREWS, BERNSTEIN, MARANTO & NICOTRA, PLLC, BUFFALO (ANTHONY IACONO OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Lynn W. Keane, J.), entered October 4, 2022. The order denied the motion of defendants Brian J. Smith and J & L Janitorial Services, Inc., doing business as K & K Janitorial Service, for leave to reargue. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Empire Ins. Co. v Food City , 167 AD2d 983, 984 [4th Dept 1984]).
Entered: July 28, 2023
Ann Dillon Flynn
Clerk of the Court